UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROEBRT A. FERRETTE,

                Plaintiff,

  -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 0548 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
AUG - 6 2009
TIME A.M. _____ P.M. _____

      An Order of Honorable John Gleeson, United States District Judge, having been filed on August 6, 2009, granting the Commissioner's motion to remand for further proceedings; and directing that in light of the considerable amount of time it has already taken to adjudicate plaintiff's application, it is expected that these further proceedings occur expeditiously; it is

      ORDERED and ADJUDGED that the Commissioner's motion to remand for further proceedings is granted; and that in light of the considerable amount of time it has already taken to adjudicate plaintiff's application, it is expected that these further proceedings occur expeditiously.

Dated: Brooklyn, New York
       August 06, 2009

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court

                                                  by s/Terry Vaughn
                                                  Chief Deputy